UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

JOHNSON OBIEGBU, #36883-177,

    Petitioner,

v.                                                                                CIVIL NO. 2:13cv71

ERIC D. WILSON,

    Respondent.

## FINAL ORDER

Petitioner, a federal prisoner sentenced in the United States District Court for the District of Columbia, submitted a *pro se* petition pursuant to 28 U.S.C. § 2241 seeking a twelve-month placement in a Residential Re-Entry Center ("RRC"). The matter was referred to a United States Magistrate Judge pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia for a Report and Recommendation ("R&R"). The Magistrate Judge's R&R, which was filed on December 18, 2013, recommended denial and dismissal of the petition, as well as denial of three accompanying Motions: Motion for Appointment of Counsel (ECF No. 20), Motion for Suppression of Declaration of Ashley Crisson (ECF No. 22), and Motion to Dismiss Respondent's Introduction of Issues Arising Out of FCI-Fort Dix for Lack of Subject Matter Jurisdiction (ECF No. 23). This Court has received no objections to the R&R, and the time for filing objections has expired.

This Court accepts the findings and recommendations set forth in the R&R, and it is ORDERED that the petition is DENIED and DISMISSED with prejudice. It is further ORDERED the three above-listed Motions (ECF Nos. 20, 22, & 23) are DENIED as moot, and that Judgment be entered in favor of Respondent.

Petitioner may appeal from the Judgment entered pursuant to this Final Order by filing a *written* notice of appeal with the Clerk of this Court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510, within sixty days from the date of entry of such Judgment.

The Clerk shall mail a copy of this Final Order to Petitioner and to counsel of record for Respondent.

_____
Arenda L. Wright Allen
United States District Judge

Norfolk, Virginia
March 18, 2014